IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00239-RMR-MDB

LARRY SHAWN HOWARD and MELISSA RODRIGUEZ,

    Plaintiffs,

v.

RS ANTERO APARTMENTS, LLC and REALSOURCE MANAGEMENT, LLC,

    Defendants.

## ENTRY OF APPEARANCE ON BEHALF OF THE DEFENDANTS

    Christina M. Gonsalves hereby enters her appearance on behalf of Defendants RS Antero Apartments, LLC and RealSource Management, LLC.

    Respectfully submitted this 14th day of April, 2023.

    Dietze and Davis, P.C.

*/s/ Christina M. Gonsalves*
Christina M. Gonsalves
2060 Broadway, Suite 400
Boulder, CO  80302
303-447-1375
cgonsalves@dietzedavis.com
*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS** upon all parties herein by filing via CM/ECF and on the 14th day of April, 2023, to the following:

Benjamin D. Van Horn
Sinton Scott Minock & Kerew
1550 Market Street, Suite 400
Denver, Colorado 80202
bvanhorn@ssmklaw.com

*Counsel for Plaintiffs*

/s/ *Cecil Kennedy*
Paralegal