IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00239-RMR-MDB

LARRY SHAWN HOWARD; and
MELISSA RODRIGUEZ,

Plaintiffs,

v.

RS ANTERO APARTMENTS, LLC; and
REALSOURCE MANAGEMENT, LLC,

Defendants,

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS

Pursuant to this Notice, Adam Sinton enters his appearance on behalf of Plaintiffs.

Submitted April 14, 2023.

/s/Adam J. Sinton

**SINTON SCOTT
MINOCK & KEREW**

Adam Sinton
asinton@ssmklaw.com
Colo. Bar. No. 46911
Benjamin D. Van Horn
bvanhorn@ssmklaw.com
Colo. Bar No. 57043
1550 Market Street, Suite 400
Denver, Colorado 80202
*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that this response was filed electronically with the Court using CM/ECF, which will automatically serve all parties of record.

/s/ *Adam Sinton*
Adam Sinton