IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00239-RMR-MDB

LARRY SHAWN HOWARD and MELISSA RODRIGUEZ,

    Plaintiffs,

v.

RS ANTERO APARTMENTS, LLC and REALSOURCE MANAGEMENT, LLC,

    Defendants.

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

    Defendants RS Antero Apartments, LLC and RealSource Management, LLC ("Defendants"), through their attorneys, Dietze and Davis, P.C., and pursuant to Fed.R.Civ.P. 7.1, hereby submit this Corporate Disclosure Statement, as follows:

    The <u>Antero Apartments</u> are owned by: RS Antero Apartments, LLC, a Delaware LLC (71.0470%); RS Antero Brauburger, LLC, a Delaware LLC (23.9036%); and RS Antero Horn, LLC, a Delaware LLC (4.7294%).

    <u>RealSource Management, LLC</u> is a Delaware LLC.  There are two members of the LLC, who are both citizens of the State of Utah.

    Respectfully submitted this 26th day of April, 2023.

    DIETZE AND DAVIS, P.C.

    By: */s/ Christina M. Gonsalves*
    William A. Rogers, III
    Christina M. Gonsalves
    2060 Broadway, Suite 400
    Boulder, CO  80302
    wrogers@dietzedavis.com
    cgonsalves@dietzedavis.com

## CERTIFICATE OF SERVICE

This is to certify that I have filed with the Court the within **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** and duly served upon all parties herein by filing via CM/ECF and on the 26th day of April, 2023 as follows:

Adam Sinton
Benjamin D. Van Horn
asinton@ssmklaw.com
bvanhorn@ssmklaw.com
1550 Market Street, Suite 400
Denver, Colorado 80202
*Counsel for Plaintiffs*

/s/ *Cecil Kennedy*
Paralegal