UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:23-cv-00239-RMR-MDB

LARRY SHAWN HOWARD and MELISSA RODRIGUEZ,

    Plaintiffs,

v.

RS ANTERO APARTMENTS, LLC and REALSOURCE MANAGEMENT, LLC,

    Defendants.

RS ANTERO APARTMENTS, LLC and REALSOURCE MANAGEMENT, LLC,

    Third-Party Plaintiffs,

v.

SIGNAL 88 OF SOUTH COLORADO SPRINGS,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' STIPULATED MOITON FOR DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: October 28, 2024.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge